UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 14-21578
CHAPTER: 7
JUDGE: _____

Debtor.
Kareem Gearlds
_____/

ORDER GRANTING MOTION FOR/TO Re open my case
and waive the motion fee

This matter having come before the Court on Debtor's motion, the Court having considered the motion, and having found cause:

IT IS ORDERED that the motion is granted and the fee to reopen the case is waived. Debtor must file a motion regarding levy by January 8, 2016 DSO

December 16, 2015

Daniel S. Opperman
Daniel S. Opperman
U.S. Bankruptcy Judge

FILED 2015 DEC 16 P 4:25 U.S. BANKRUPTCY COURT E.D. MICHIGAN-FLINT